FILED

IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FOR THE DISTRICT OF NEW MEXICO   MAR 1 7 2010

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTHEW J. DYKMAN |
| | ) | CLERK |
| v | ) | |
| | ) | Cr. NO. 2:09-2258 MCA |
| BILL MELOT | ) | |

## EXPLANATION OF MUELLER INC.'S MONEY

Bill Melot spent five years saving money to build a hay shed. In June of 2009 he finally had enough money saved to build the shed and he made a deal with Harvey Smith of Artesia, New Mexico to build the shed. Harvey ordered the materials for the shed from Mueller metal company of Ballinger, Texas, and the materials were delivered on August 3, 2009. Construction began on Monday, August 3, 2009, and was completed on Friday August 7, 2009. Bill Melot paid Harvey Smith for all the labor, but Harvey refused the money for the materials, saying that Bill Melot needed to pay Mueller directly. This was because in the past, the IRS had accused Harvey of making profits off the materials and hiding the profits and it was only with quite a bit of time and trouble that Harvey was able to prove to them that he doesn't make any profit off the materials, only off his labor. So, Harvey refused to take Mueller's money, but this money at this point was Mueller's money - it just needed to be delivered to them, it no longer belonged to Bill Melot even though it was still in his possession. Bill Melot was very busy at this point working hay and he was trying to get a slack day so he could take Mueller's money to Ballinger, Texas, when he got arrested by the IRS.

On Monday, August 17, Bill Melot was arrested and upon his release on Thursday, August 20, he had travel restrictions placed on him, so that he could not deliver Mueller's money to them in person. So he then went to Walmart to get a money order to mail Mueller their money. The clerk at Walmart informed Melot that the maximum money order that he could buy was $1,000 and that he could only buy two at a time. So Bill Melot started going daily to Walmart to get all of Mueller's money converted to money orders. During this time, Bill's son was making a trip to Dallas, Texas, so Bill got him to detour to Ballinger, taking the money order and remaining cash to Mueller.

While Bill Melot was in jail, he was under some duress and strain. He was put in a small room and told to fill out a financial report. Bill had no records with him nor any access to any records. He was given a few minutes to fill out financial papers strictly from memory while he was under some duress. He did the best he could under the conditions, but Mueller money never entered his memory because in his mind the money already belonged to Mueller. It was not Bill Melot's money.

Along with that, Bill Melot does not have a set monthly income. His goal every month is to make enough money to give his wife $2,700 to pay for groceries, clothes, bills, etc., but he does not have a set income, only a monthly goal.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA    )
              )
   v          )
              )  Cr. NO. 2:09-2258 MCA
BILL MELOT        )

## EXPLANATION OF CONTEMPT OF COURT

   Since the U.S. government keeps bringing up Bill Melot's past contempt of court charge, it seems important to Bill Melot to explain what happened in his contempt of court.

   Bill Melot and the New Mexico Department of Agriculture (NMDA), petroleum division, were in a dispute over the vapor pressure readings on Bill Melot's gasoline. The NMDA claimed the vapor pressure was occasionally too high, while Bill Melot claimed the NMDA wasn't following lawful testing procedures. NMDA's test results were very erratic.

   This resulted in civil hearings in front of Judge Clingman. Bill Melot, defending himself pro se, asked the NMDA inspector questions straight out of the ASTM testing manual. ASTM (American Society of Testing and Materials) sets the standards for testing in the U.S. and in fact, throughout the world, and every state including New Mexico has a law requiring ASTM testing in the state. The NMDA inspector admitted on the witness stand that he wasn't following the ASTM testing procedures. Then, the head of the NMDA petroleum division, on the witness stand, also admitted specifically that they did not follow ASTM testing, but claimed that their testing was "just as good as" ASTM.

   Bill Melot, in his closing arguments, said that if accuracy of the NMDA tests were at issue, he could have brought in evidence to prove that their tests were inaccurate, however, the issue here was the unlawfulness of their tests. New Mexico law specifically requires ASTM testing and the head of the NMDA petroleum division admitted on the witness stand that they do not follow ASTM testing. Melot asked that all of their tests be deemed unlawful and since the whole issue was the vapor pressure of his gasoline, then the whole issue should be dismissed.

   Judge Clingman not only ruled against Bill Melot, but turned and pointed his finger at Bill Melot and said, "I hold you in high contempt of this court." He sent Melot to jail. Then about an hour later, he brought Melot back out of jail. The jail clerk told Melot that they had been instructed to show no paperwork of Melot's short incarceration and Melot was to be released as if he had never been in jail. Melot was brought back in front of Judge Clingman where he was told to appear in a hearing in two days. Clinman commanded Melot that he had to bring a lawyer with him and that if he didn't bring a lawyer Melot would be automatically put in jail.

   Two days later, at the hearing, Melot was sentenced to seven years of "criminal contempt of court." The contempt charges stemmed from Melot cutting the seals that the NMDA inspector had put on his gas pumps approximately six months before this hearing. This event occurred outside the courtroom and it was a civil disobedience. It should have been labeled indirect civil contempt instead of direct criminal contempt. Under New Mexico law, the only contempt for which a person can be put directly into jail is direct criminal contempt. All other contempt charges

involve a trial in front of a different judge.

When Melot asked Judge Clingman for a stay of execution pending appeal, Clingman set a $100,000 cash only bond as the condition for his release.

Clingman had previously required Melot to post a $20,000 bond and at this last hearing he fined Melot fines and fees totaling exactly $20,000, thus taking Melot's previous bond. Melot could not post the $100,000 bond. He was incarcerated for 65 days in the Lea County Jail; then Clingman released him.

At all times during these hearings, Bill Melot was a gentleman, never even raising his voice, never even getting frustrated. His only goal was to show the court the unlawfulness of the NMDA testing and he did this in a normal, somewhat nervous, but conversational voice, never being out of control. Melot felt his criminal contempt charge was unfair.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA          )
                                  )
        v                         )
                                  )        Cr. NO. 2:09-2258 MCA
BILL MELOT                        )

## MOTION TO EXCLUDE EVIDENCE

Comes now defendant, Bill Melot, to motion the court to exclude all evidence gained against Melot between the time the IRS began its initial audit in 1991 until agents read Melot his Miranda rights on August 17, 2009 and as grounds therefore states:

IRSagent Denise Caffey came to Bill Melot's office in May 1992 and began an audit of the corporations that Bill Melot managed. She was in Bill Melot's office meeting with accountant L.W. Evans numerous times over the next year or so. She obtained records of the corporations' suppliers, bank affiliations, tax returns, and all general business records. This information was eventually used as a basis for a criminal investigation against Melot. In spite of the legally maintained corporations, all inflow of maney was attributed to Melot, not the corporations, with apparently no regard for the offsetting expenses, and Melot was eventually indicted on several charges related to this.

Bill Melot was arrested by IRS officers on August 17, 2009 and at this point he was read his Miranda rights.

Under the Mathis decision, the Supreme Court argued that the IRS could not use material gained by IRS agents under a routine questioning for what purported to be a routineaudit. The difference between a routine and a criminal investigation was "too minor to justify departure from the Miranda Doctrine." Justice White drew a mandatory concludion. "Indeed", he added, "The Black opinion suggested that the Miranda warnings are required through the immensley broad area of investigations which frequently lead to criminal inquiries." The Mathis decision, (No. 726, May 6, 1968, 3 910 S.) (Winterhaven, Florida).

The Miranda decision: Ernesto A. Miranda V. State of Arizona, United States Supreme Court, Decided June 13, 1966. Key 14: Government seeking to punish individual must produce evidence against him by its own independent labors, rather than by the cruel, simple expedient of compelling it from his mouth.

Dated this 8th day of March, 2010.

_____
Bill Melot

PS 39
(12/08)

# PRETRIAL SERVICES SUPERVISION REPORT

I.   Name:   *Bill Melot*

*(Please Print)*

II.  When is your next court date?   *Unknown*

III. Residence:   *2805 E Rose Rd*          *Hobbs*      *NM*         *575-318-5883*
     *(No. and Street)*              *(City)*       *(State/Zip)*       *(Home Telephone)*

     Have you moved since the last Pretrial Services Supervision Report?   ☐ Yes   ☒ No

     If yes, provide previous residence and reason for move:

IV   Employment   *Self*
                  *(Name)*              *(Address)*                  *(Work Telephone)*

     Job Title:   *Worker*

     Has your employment changed since the last Pretrial Services Supervision Report?   ☐ Yes   ☒ No

     If yes, explain:

V.   Have you been questioned by law enforcement or arrested since the last Pretrial Services Supervision Report?
     ☐ Yes   ☒ No

     If yes, explain (when, where, by whom, charge, status of case):

**I CERTIFY THAT ALL ANSWERS ARE COMPLETE AND CORRECT.  I UNDERSTAND THAT A FALSE STATEMENT MAY RESULT IN REVOCATION OF MY RELEASE, IN ADDITION TO PROSECUTION UNDER 18 U.S.C. § 1001.**

_____                              *3/8/10*
           *Signature*                                      *Date*

Reviewed by: _____

                    *Officer's Signature*                    *Date*

**MAIL OR DELIVER THIS FORM TO:**

U.S. Probation & Pretrial Services Office
500 N. Richardson, Roswell, NM 88201

*Feb 25th*

PROB 48D
(Rev. 9/00)

# DECLARATION OF DEFENDANT OR OFFENDER
# NET WORTH & CASH FLOW STATEMENTS

I, _____ Bill Melot _____ , residing at   2805 East Rose Road _____ ,
in the ~~city~~ (or county) of ~~Hobbs~~ *Lea* _____ , in the state of   New Mexico _____ ,
have completed the attached  [x]  Net Worth Statement (Prob. Form 48) or  [x]  Net Worth Short Form Statement (Prob.
Form 48EZ) and/or  [x]  Cash Flow Statement (Prob. Form 48B) that fully describe my financial resources, including a
complete listing of all assets owned or controlled by me as of this date and any transfers or sales of assets since my arrest.
The Cash Flow Statement (Prob. Form 48B) also includes my financial needs and earning ability and the financial needs
and earning ability of my spouse (or significant other) and my dependent(s) living at home.

Net Worth Statement (Total pages, including additional pages ___7___ )
Net Worth Short Form Statement (Total pages, including additional pages _____ )
Cash Flow Statement (Total pages, including additional pages ___3___ )

[x]  I declare under penalty of perjury that the foregoing is true and correct; or

[x]  False statements may result in revocation of supervision, in addition to possible prosecution under the provisions of
18 U.S.C. § 1001, which carries a term of imprisonment of up to 5 years and a fine of up to $250,000, or both.

_____
(Defendant Signature)

Executed on
___8___ day of __March__ , __2010__ .

PROB 48
(Rev. 9/00)

| Last Name | First Name | Middle Name | Social Security Number |
|-----------|-----------|-------------|------------------------|
| MELOT | BILL | | 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 |

## Instructions for Completing Net Worth Statement

Having been convicted in the United States District Court, you are required to prepare and file with the probation officer an affidavit fully describing your financial resources, including a complete listing of all assets you own or control as of this date and any assets you have transferred or sold since your arrest. Amendments were made to 18 U.S.C. §§ 3663(a)(1)(B)(i), 3664(d)(3), and 3664(f)(2), and Rule 32(b)(4)(F) to clarify that the assets owned, jointly owned, or controlled by a defendant, and liabilities are all relevant to the court's decision regarding the ability to pay. Your Net Worth Statement should include assets or debts that are yours alone (I-Individual), assets or debts that are jointly (J-Joint) held by you and a spouse or significant other, assets or debts that are held by a spouse or significant other (S-Spouse or Significant Other) that you enjoy the benefits of or make occasional contributions toward, and assets or debts that are held by a dependent (D-Dependent) that you enjoy the benefits of or make occasional contributions toward.

If you are placed on probation or supervised release (or other types of supervision), you may be periodically required to provide updated information fully describing your financial resources and those of your dependents, as described above, to keep a probation officer informed concerning compliance with any condition of supervision, including the payment of any criminal monetary penalties imposed by the court (see 18 U.S.C. § 3603).

Please complete the Net Worth Statement in its entirety. You must answer "None" to any item that is not applicable to your financial condition. Attach additional pages if you need more space for any item. All entries must be accompanied by supporting documentation (see Request for Net Worth Statement Financial Records (Prob. 48A)). Initial and date each page (including any attached pages). Also, sign, date, and attach the Declaration of Defendant or Offender Net Worth & Cash Flow Statements (Prob. 48D).

PROB 48
(Rev. 9/00)

| Last Name – |
|---|

# NET WORTH STATEMENT

NOTE: I = Individual     J = Joint     S = Spouse/Significant Other     D = Dependent

## ASSETS

**BANK ACCOUNTS** (Include all personal and businesses checking and savings accounts, credit unions, money markets, certificates of deposit, IRA and KEOGH accounts, Thrift Savings, 401K, etc.)

| | I/J S/D | Name of Institution | Address | Type of Account | Account Number | Personal or Commercial | Balance |
|---|---|---|---|---|---|---|---|
| **Section A** | | Weston Commerce Bank | 2224 N Turner Hobbs NM | check | 0090701391 | Commercial | –0– |
| | | 1st American | 1220 W. Jefferey Hobbs S | checking | 2403065701 | Trust | 1148 20 |
| | | Sundown State Bank | P.O. Box 1180, Denver City Tx | checking | 0512665 | Commercial | –0– |
| | | | | | | | |
| | | | | | | | |

**SECURITIES** (Include all stocks in public corporations, stocks in businesses you own or have an interest in, bonds, mutual funds, U.S. Government securities, etc.)

| | I/J S/D | Name and Kind of Security | Location of Security | Number of Units | Fair Market Value |
|---|---|---|---|---|---|
| **Section B** | | None | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MONEY OWED TO YOU BY OTHERS** (Include all money owed to you by any person or entity.)

| | I/J S/D | Name and Address of Debtor | Amount Owed to You | Reason Owed to You | Date Money Loaned | Relationship to Debtor (if any) | Monthly Payment or Date Full Payment Expected | Is Debt Collectible ? |
|---|---|---|---|---|---|---|---|---|
| **Section C** | | None | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Initials _____   Date 7/8/10

PROB 48
(Rev. 9/00)

Page 3 of _____

**Last Name -**

| Section D | **LIFE INSURANCE** (Include type of policy [whole life, variable, or term], face amount [the stated amount of coverage] and cash surrender value [the value of the investment portion of a whole life or variable policy.]) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | I/J S/D | Name and Address of Company and Name of Beneficiary | Policy Number | Type of Policy | Face Amount | Cash Surrender Value | Amount Borrowed | Amount You Can Borrow |
| | | None | | | | | | |
| | | | | | | | | |

| Section E | **SAFE DEPOSIT BOXES OR STORAGE SPACE FACILITY** (Include all safe deposit boxes or storage space you rent or places you have access to in which others are holding assets or items belonging to you.) | | | | |
|---|---|---|---|---|---|
| | I/J S/D | Name and Address of Box or Facility Location | Box Number or Space | Contents | Fair Market Value |
| | | None | | | |
| | | | | | |

| Section F | **MOTOR VEHICLES** (Include all cars, trucks, mobile homes, motorcycles, all terrain vehicles, boats, airplanes, etc.) | | | | | | |
|---|---|---|---|---|---|---|---|
| | I/J S/D | Year, Make & License Number/Vehicle Identification Number | Mileage | Loan/Lease Balance (if any) | Date Loan/Lease Will be Paid Off or Ends | Monthly Payment | Fair Market Value |
| | | 2002 Ford Excursion 1FMNU4?5?51EAB?08 | 193,282 | 0 | — | Motor needs repairs | 4650 |
| | | 2001 Dodge PU 3B7KF23731G756385 | 241,000 | 0 | 0 | Needs Repairs Driveable | 4800 |

| Section G | **REAL ESTATE** (Include property, parcels, lots, timeshares, and developed land with buildings.) | | | | | | |
|---|---|---|---|---|---|---|---|
| | I/J S/D | Real Estate Address (include county and state)/ Mortgage Company or Lien Holder | Purchase Date | Purchase Price | Mortgage Balance (if any) | Date Mortgage Will be Paid Off | Monthly Payment | Fair Market Value |
| | | See Attached | | | | | - 0 - | |

| Section H | **MORTGAGE LOANS OWED TO YOU** (Include name, address, and relationship [if any] to the mortgagee [the party that bought the real estate you sold and is making payments to you].) | | | | | |
|---|---|---|---|---|---|---|
| | I/J S/D | Mortgagee (name & address)/ Relationship to Mortgagee | Mortgage Balance | Date Mortgage Will be Paid Off | Balloon Payment? If Yes, Date? | Monthly Payment | Is Debt Collectible? |
| | | None | | | | | |

Initials _____   Date 3/8/10

PROB 48
(Rev. 9/00)

**Last Name -**

**Section I**

**OTHER ASSETS** (Include any cash on hand, jewelry, art, paintings, coin collections, stamp collections, collectibles, antiques, copyrights, patents, etc.)

| I/J S/D | Description | Loan Balance (if any) | Date Loan Will be Paid Off | Monthly Payment | Where is Asset Located? | Fair Market Value |
|---|---|---|---|---|---|---|
| | CASH | | | | | # 5200 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Section J**

**ANTICIPATED ASSETS** (Include any assets you expect to receive or control from lawsuits for compensation or damages, profit sharing, pension plans, inheritance, wills, or as an executor or administrator of any succession or estate.)

| I/J S/D | Amount Received or Expected to Receive | Date Expected to Receive | Reason You Expect This | Name and Address of Person or Company That Can Verify This (e.g., attorney, financial institution, executor) |
|---|---|---|---|---|
| | None | | | |
| | | | | |
| | | | | |

**TRUST ASSETS** (Include all trusts in which you are a grantor or donor [the person who establishes the trust], the trustee or fiduciary [who controls the trust assets and income or the beneficiary who has or will receive benefits from the trust].)

| I/J S/D | Name of Trust/ Taxpayer ID# | Value of Trust | Your Annual Income From Trust | Your Interest in Trust Assets |
|---|---|---|---|---|
| | KLM Trust | unknown | —0— | None |
| | | | | |
| | | | | |

**Section K**

**BUSINESS HOLDINGS** (Include all businesses in which you have an ownership interest or with which you had an affiliation within the last three years; e.g., self-employed sole proprietor, officer, shareholder, board member, partner, associate, etc.)  Complete Section N (attach additional pages, if necessary).

| I/J S/D | Name and Address of Business/ Taxpayer I.D.# | Type of Business Entity | Industry of Business | Date Business Started | Capital Investment to Start | Your Ownership Interest Percentage | Sale Price or Fair Market Value of Your Interest |
|---|---|---|---|---|---|---|---|
| | Hay | Sole Proprietor | Farm | 2006 | unknown | 100 | # 0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Initials _____ Date 3/8/10

PROB 48
(Rev. 9/00)

**Last Name –**

### Section L — INCOME TAX RETURNS

| Type of Income Tax Return Filed | Last Filing Year | Years of Last 5 Income Tax Returns You Will Submit to the Probation Officer |
|---|---|---|
| Individual (Form 1040) | *1986* | *I don't have any income Tax returns* |
| Partnership/Limited Liability Company (Form 1065) | — | |
| Corporation (Form 1120) | — | |
| S Corporation (Form 1120S) | — | |

### Section M — TRANSFER OF ASSETS

(Include any assets you have transferred or sold since the date of your arrest with a cost or fair market value of more than $500.00.  Also list any assets that someone else is holding on your behalf.)

| I/J S/D | Description of Asset/ Reason Transferred/Sold | Date of Transfer/Sale | Original Cost | Amount You Received, if Any | Name of Purchaser or Person Holding the Asset | Sale Price or Fair Market Value at Transfer |
|---|---|---|---|---|---|---|
| | *None* | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### Section N — NAMES OF SHAREHOLDERS OR PARTNERS

(Include all shareholders, officers, and/or partners, indicating each respective ownership interest.)

| Name of Business | Names of Shareholders/Partners | Ownership Interest Percentage |
|---|---|---|
| *None* | | |
| | | |
| | | |
| | | |
| | | |

Initials _____ Date _____

PROB 48
(Rev. 9/00)

Page 6 of _____

| Last Name - | |
|---|---|

**ASSETS YOU WILL LIQUIDATE** (Include all assets you intend to liquidate to satisfy any criminal monetary penalties that may be imposed.)

| Section O | Asset Description | Estimated Value of Asset | Date You Will Liquidate | Current Location of Asset (if real property, county and state) |
|---|---|---|---|---|
| | Farm Equipment | $15,000 | unknown | Lea County NM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PROSPECT OF INCREASE IN ASSETS** (Give a general statement of the prospective increase of the value of any asset you own.)

| Section P | |
|---|---|
| None | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials _____ Date _____

PROB 48
(Rev. 9/00)

| Last Name - | | | | | | | |
|---|---|---|---|---|---|---|---|

## LIABILITIES

**CHARGE ACCOUNTS AND LINES OF CREDIT** (Include all bank credit cards, lines of credit, revolving charge accounts, etc.)

**Section A**

| I/J S/D | Type of Account or Card | Name and Address of Creditor | Credit Limit | Amount Owed | Credit Available | Minimum Monthly Payment |
|---|---|---|---|---|---|---|
| | None | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**OTHER DEBTS** (Include mortgage loans, notes payable, delinquent taxes, and child support.)

**Section B**

| I/J S/D | Owed To | Address | Relationship (if any) | Amount Owed | Reason Owed | Monthly Payment |
|---|---|---|---|---|---|---|
| | None | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**PARTY TO CIVIL SUIT** (Include any civil lawsuits you have ever been a party to.)

**Section C**

| I/J S/D | Name of Plaintiff in the Case | Court of Jurisdiction and County | Case Number | Date of Suit Filed | Date of Judgment | Judgment Amount/ Unpaid Balance |
|---|---|---|---|---|---|---|
| | Bill Melot | Federal, Albuquerque | 2:09-cv-0082 | 4/5/2010 | NA | NA |
| | | | | | | |
| | | | | | | |

**BANKRUPTCY FILINGS** (Include information requested for any Chapter 7, 11, or 13 bankruptcy filings you have ever been a party to as an individual or as a business entity.)

**Section D**

| I/J S/D | Type of Bankruptcy (Voluntary or Involuntary)/ Name and Address of Trustee | Bankruptcy Case Number | Bankruptcy Court of Jurisdiction | County and State of Discharge | Date Filed | Date of Discharge |
|---|---|---|---|---|---|---|
| | Voluntary | unknown | Federal-Albuquerque | No discharge | About 1991 | bankruptcy was withdrawn |
| | | | | | | |
| | | | | | | |

Signature _____  Date _____

3 cars that belong to my
daughters. When each daughter got
their car they were underage, so my
name was put on the title along
with theirs, but the cars belong
to the daughters.

2004 Ford Expedition 1FMRU13W34L8 24202
2006 Jeep Liberty 1J86L58516W 111626
2007 Jeep Cherokee 1S8HS58 M47C635158

**③**

2500 E Rose Rd
Owned by Klm Trust
Klm Trust was set up by a
law firm in California and registered
in Nevada. It is a legitimate Trust.
Property bought in about 1997
Unknown purchase price
Value appr $127,493

321 E Sanger Hobbs NM
Owned by MELM
Purchase Price and date Unknown
Value app $12,750

---

# Real Estate

**①**

2805 E. Rose Rd
Belongs to Suzanne Corp
Panamerican Corp not owned by
Bill Melot, Corp Contract is Panama
Lawyer Manley Sergio
Bought 1994, Price approximately 240,000
No known Mortgage
House needs new roof

current value approx 240,000
Bill Melot lives in house rent free but
must maintain all of premises.

**②**

4500 Lovelup Rd
Lea County NM
Owned by Minol Farms, Inc
Bought 1959
Price $17,300
Value Appr $17,300
No Mortgage

PROB 48B
(9/00)

| Last Name | First Name | Middle Name | Social Security Number |
|-----------|-----------|-------------|------------------------|
| MELOT | BILL | | 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 |

## Instructions for Completing Monthly Cash Flow Statement

Having been convicted in the United States District Court, you are required to prepare and file with the probation officer a statement fully describing your financial resources, including a complete listing of all monthly cash inflows and outflows.

If you are placed on probation or supervised release (or other types of supervision), you may be periodically required to provide updated information fully describing your financial resources and those of your spouse, significant others, or dependents, as described above, to keep a probation officer informed concerning compliance with any condition of supervision, including the payment of any criminal monetary penalties imposed by the court (see 18 U.S.C. § 3603).

Amendments were made to 18 U.S.C. §§ 3663 (a)(1)(B)(i), 3664(d)(3), and 3664(f)(2), and Rule 32(b)(4)(F) to clarify that the assets owned, jointly owned, or controlled by a defendant; liabilities, and the financial needs and earning ability of a defendant and a defendant's dependents are all relevant to the court's decision regarding a defendant's ability to pay. Your Cash Flow Statement should include assets or debts that are yours alone (I-Individual), assets or debts that are jointly (J-Joint) held by you and a spouse or significant other, assets or debts that are held by a spouse or significant other (S-Spouse or Significant Other) that you enjoy the benefits of or make occasional contributions toward, and assets or debts that are held by a dependent (D-Dependent) living in your home that you enjoy the benefits of or make occasional contributions toward.

Please complete the Monthly Cash Flow Statement in its entirety. You must answer "None" to any item that is not applicable to your financial condition. Attach additional pages if you need more space for any item. All entries must be accompanied by supporting documentation (see Request for Cash Flow Statement Financial Records (Prob. 48C)). Initial and date each page (including any attached pages) and sign and date the last page of the Cash Flow Statement.

PROB 48B
(9/00)

| Last Name - | | |
|---|---|---|
| **MONTHLY CASH FLOW STATEMENT** | | |
| **Monthly Cash Inflows** | | |
| **Defendant** | **Gross** | **Net** |
| **Your Salary/Wages** (List both monthly gross earnings and take-home pay after payroll deductions.) | O | O |
| **Your Cash Advances** (List all payroll advances or other advances from work.) | O | O |
| **Your Cash Bonuses** (List all payments from work in addition to your salary that are not an advance.) | O | O |
| **Commissions** (List all non-employee earnings as an independent contractor.) | O | O |
| **Business Income** (List both monthly gross income and net income after deducting expenses.) *This* | *2275* *2000* | *Approximately* $2000 *3197* 94 |
| **Interest** (List all interest earned each month.) *Varies each Month* | O | O |
| **Dividends** (List all dividends earned each month.) | O | O |
| **Rental Income** (List all monthly income received from real estate properties owned.) | $ *1000* | $ *1000* |
| **Trust Income** (List all trust income earned each month.) | O | O |
| **Alimony/Child Support** (List all alimony or child support payments received each month.) | O | O |
| **Social Security** (List all payments received from Social Security.) | O | O |
| **Other Government Benefits** (List all amounts received from the government not yet reported (e.g., Aid to Families with Dependent Children.) | O | O |
| **Pensions/Annuities** (List all funds received from pensions and annuities each month.) | O | O |
| **Allowances-Housing/Auto/Travel** (List all funds received from housing allowances, auto allowances, travel allowances, and any other kind of allowance.) | O | O |
| **Gratuities/Tips** (List all gratuities and tips received each month from any and all sources.) | O | O |
| **Spouse/Significant Other Salary/Wages** (List all gross and net monthly salary and wages received by your spouse or significant other.) | O | O |
| **Other Joint Spousal Income** (List any monthly income jointly earned with your spouse or significant other [e.g., any income from spouse or income from a business owned or operated by the spouse that you have a joint ownership interest in or control]). | O | O |
| **Income of Other In-House** (List all monthly income of others living in the household or the monthly amount actually paid for household bills by these persons.) | O | O |
| **Gifts from Family** (List all amounts received as gifts from family members each month.) | O | O |
| **Gifts from Others** (List all gifts received from any sources not yet reported.) | O | O |
| **Loans from Your Business** (List all loan amounts received each month from all businesses owned or controlled by you.) | O | O |
| **Mortgage Loans** (List all amounts received each month from mortgage loans owed to you.) | O | O |
| **Other Loans** (List all other loan amounts received each month not yet reported.) | O | O |
| **Other (specify)** (List all other amounts received each month not yet reported.) | O | O |
| **TOTALS** | ~~3000~~ *3235* | ~~3000~~ *3197 94* |

PROB 48B
(9/00)

Page 3 of 3

| Last Name - | |
|---|---|
| **Necessary Monthly Cash Outflows** | **Amount** |
| **Rent or Mortgage** (List monthly rental payment or mortgage payment.) | – 0 – |
| **Groceries** (List the total monthly amount paid for groceries and number of people in your household.)   # 7 | 1600.00 |
| **Utilities** (List the monthly amount paid for electric, heating oil/gas, water/sewer, telephone, and basic cable.) | |
| Electric   *All of these numbers* | 296.72 |
| Heating Oil/Gas   *vary month to month* | – 0 – |
| Water/Sewer | – 0 – |
| Telephone | 157.86 |
| Basic Cable (no premium channels) | – 0 – |
| **Transportation** (List monthly amount paid for gasoline, motor oil, necessary auto repairs, or the cost of public transportation.) | 380.00 |
| **Insurance** (List the monthly amount paid for auto, health, homeowner/rental, and life insurance.) | |
| Auto | 215.00 |
| Health | 0 |
| Homeowner/Rental | 0 |
| Life | 0 |
| **Clothing** (List the monthly amount actually paid for clothing.) | $100 |
| **Loan Payments** (List all monthly amounts paid toward verified loans, other than loans to family members, which are non-allowable expenses.) | 0 |
| **Credit Card Payments** (List all monthly credit card or charge card payments.) | 0 |
| **Medical** (List all monthly payments for necessary medical care or treatment.) | 0 |
| **Alimony/Child Support** (List all alimony or child support payments made each month.) | 0 |
| **Co-payments** (List the total monthly payments made for electronic monitoring and drug and mental health treatment.) | 0 |
| **Other** (specify) (List all other necessary monthly amounts paid each month not yet reported.) *Various fees for Children* | 150 |
| **Other Factors That May Affect Monthly Cash Flow** (Describe) | |
| **TOTAL** | 2965.00 |
| **NET MONTHLY CASH FLOW: $** 270.00   **(CASH INFLOWS LESS NECESSARY CASH OUTFLOWS)** | |
| **MONTHLY CRIMINAL MONETARY PENALTY PAYMENT: $** 0 | |
| **PROSPECT OF INCREASE IN CASH INFLOWS** (Give a general statement of the prospective increase of the value of any cash inflows reported.) | |
| None | |

Signature _____     Date 3/8/10

## Self Employment Log

| Date | Type of work | Customer name/phone number | Amount Paid | | | | | |
|---|---|---|---|---|---|---|---|---|
| Feb 2010 | All sales of hay this mo the were for cash | NOT COLLECTED- They were cash + carry Customers | 2 235 <sup>00</sup> | | | | | |
| Feb 15 | Rented out Sweger Property | Crist # Lanham — | 1000 <del>00</del> | | | | | |
| | Hay Expenses  17<sup>06</sup> electric, $20<sup>00</sup> fuel | This is all the expense I had this month for Hay    Total | 3235 <u>00</u> | | | | | |
| | Laura, If you want me to get the name of every Cash customer please let me Know, I can start listing their names. I just didn't think I'd do it this mo th.  Bill | | | | | | | | |

Itemization of all liabilities from August 2009 til Today

| | | |
|---|---|---|
| Aug 09 | Sprint - Telephone bill | 169.89 |
| | Home Depot - Cooler repair parts | 32.43 |
| | Xcel - Electric bill | 278.60 |
| | Groceries - unknown I didn't keep receipts + household goods | ≈ 2000 |
| Sept 09 | Sprint - Telephone bill | 172.85 |
| | Autozone - truck parts | 32.00 |
| | Xcel - Electric bill | 335.04 |
| | Groceries - household goods - I didn't keep receipts | ≈ 2000 |
| Oct 09 | Sprint - telephone bill | 170.05 |
| | Xcel - Electric | 186.11 |
| | NAPA - car parts | 30.23 |
| | Groceries - household goods - no receipts | ≈ 2000 |
| Nov 09 | Xcel - Electric bill | 118.45 |
| | Sprint - telephone | 175.25 |
| | Groceries - household goods - no receipts | ≈ 2000 |
| Dec 09 | Sprint - Telephone | 182.34 |
| | Xcel - Electric Bill | 161.15 |
| | Groceries - Household expenses - no receipts | ≈ 2000 |
| | Christmas gifts for kids - no receipts | ≈ 2200 |

Jan

| 10 | Forrest fire - flat | 16 $^{00}$ |
| | Sprint - Telephone | 161 $^{28}$ |
| | Xcel Electric bill | 137 $^{25}$ |
| | Unitrin - Insurance | 347 $^{00}$ |
| | Groceries - household expense | ∂ 2000 $^{00}$ |
| | Geico Insurance | 472 $^{00}$ |

Feb

| | Sprint - Telephone | 157 $^{86}$ |
| | Styles | 29 $^{55}$ |
| | Lowes | 1 $^{99}$ |
| | Xcel Electric bill | 296 $^{72}$ |
| | Groceries - House expense | ≈ 2000 $^{00}$ |

Clerks Office
US District Court
333 Lomas NW
Albuquerque, NM 87102

RECEIVED
At Albuquerque NM

MAR 1 7 2010

MATTHEW J. DYKMAN
CLERK

