# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | **Case No.:2:09-CR-02258-MCA-1** |
| vs. | § | |
| **BILL MELOT,** | § | |
| | § | |
| **Defendant** | § | |

## WITNESS LIST

TO THE HONORABLE JUDGE OF SAID COURT:

BILL MELOT, Defendant, by and through the undersigned appointed counsel, WILLIAM STEPHEN BRITTAIN, respectfully submits his witness list

**A.    Probable Witnesses**

1.    John Crews

2.    Terry Cater

3.    David Hill, New Mexico Department of Agriculture

4.    Glenn Houston

Respectfully submitted,

*filed electronically on March 25, 2010*
WILLIAM STEPHEN BRITTAIN
State Bar No. 03027300
1100 West Avenue
Austin, TX 78701
Telephone: 512-477-9959
Facsimile: 512-477-9262

COUNSEL FOR BILL MELOT

## CERTIFICATE OF SERVICE

On this the 25th day of March, 2010, a true and correct copy of the foregoing WITNESS LIST was delivered electronically by CM/ECF  to Jed M. Silversmith, Assistant United States Attorney, DOJ, Tax Division.

*filed electronically on March 25, 2010*
STEVE BRITTAIN