IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                           No.  14-cv-0865 MCA/SMV
                                                                       09-cr-2258 MCA

**BILL MELOT,**

    **Defendant.**

## **ORDER**

This matter is before the Court, sua sponte under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's motion to vacate, set aside, or correct sentence [CV Doc. 1]; [CR Doc. 316]. The Court will direct the United States to answer Defendant's motion.

    **IT IS HEREBY ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant's motion to vacate, set aside or correct sentence and supporting papers and exhibits, if any, together with a copy of this Order;

    **IT IS FURTHER ORDERED** that, within twenty-three days of entry of this Order, the United States answer Defendant's motion to vacate, set aside or correct sentence.

    **IT IS SO ORDERED.**

                                                                     _____
                                                                     **STEPHAN M. VIDMAR**
                                                                     **United States Magistrate Judge**